

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00158-CR

**JOHN WESLEY VAUGHN,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 15-00320-CRF-85

## O R D E R

The State's brief was filed on June 19, 2018. It exceeds the word limit allowed by

Texas Rule of Appellate Procedure 9.4(i)(2)(B) by 2,753 words. Also filed with the State's

brief was the State's Motion to Exceed Page [Word] Limit.

The State's motion is granted.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Order issued and filed June 27, 2018

